**Order filed October 9, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00776-CV
_____

**DARRELL J HARPER, Appellant**

**V.**

**HARRIS COUNTY TAX ASSESSOR COLLECTOR, ANN HARRIS BENNETT, AND HARRIS COUNTY APPRAISAL DISTRICT, CHIEF APPRAISAL, ROLAND ALTINGER, Appellees**

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-77474**

## ORDER

This is an attempted appeal of an order signed by the administrative judge on August 13, 2018. It appears we lack jurisdiction because the order is not reviewable by interlocutory appeal. However, we are unable to make that determination because the clerk's record has not been filed. Accordingly, we enter the following order.

The Harris County District Clerk is directed to file a partial clerk's record

containing: (1) the order signed by the administrative judge on August 13, 2018; (2) any subsequent order or judgment; (3) any request for findings of fact and conclusions of law; (4) any post-judgment motion and the court's order on such motion; and (5) the notice of appeal.

If any of the requested items is not part of the case file, the district clerk is directed to file a partial clerk's record containing a certified statement that the requested item is not a part of the case file.

The partial clerk's record is due by **October 19, 2018**.

PER CURIAM